*Drury W. Cooper* for petitioner. *Messrs. Edward Vogel* and *Murray M. Cowen* for respondents.

No. 969. AMERICAN GAS & ELECTRIC Co. *v.* SECURITIES & EXCHANGE COMMISSION. June 1, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE DOUGLAS, MR. JUSTICE JACKSON, and MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. Frederic L. Ballard* for petitioner. *Solicitor General Fahy* and *Messrs. John F. Davis* and *Theodore L. Thau* for respondent.

No. 1014. ROOSEVELT STEAMSHIP Co., INC. *v.* BRADY, ADMINISTRATRIX. June 1, 1943. The motion to use the certified record in No. 269 is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is denied. *Messrs. Raymond Parmer* and *Vernon Sims Jones* for petitioner. *Mr. Simone N. Gazan* for respondent.

No. 927. LINDSAY *v.* UNITED STATES. June 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Clyde Lindsay, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *Valentine Brookes* and *Miss Beatrice Rosenberg* for the United States.

No. 990. JOHNSON *v.* WARDEN, U. S. PENITENTIARY, McNEIL ISLAND. June 1, 1943. Petition for writ of cer-